AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARIO TRICOCI HAIR SALONS & DAY
SPAS, LLC, d/b/a Tricoci Salon and Spa, an
Illinois corporation

CASE NUMBER: 20-cv-07196

V.

ASSIGNED JUDGE: Matthew F. Kennelly

CLAUDIA POCCIA and MOLLY SLOAT

DESIGNATED
MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

Molly Sloat
1020 Ridgewood Dr.
Highland Park, IL 60035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Karpeles
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400

an answer to the complaint which is herewith served upon you, _within 21 days_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

December 4, 2020

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-07196

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Molly Sloat</u> was received by me on *(date)* <u>December 7, 2020.</u>

[X] I personally served the summons on the individual at *(place)* <u>1020 Ridgewood Dr, Highland Park, IL 60035</u> on *(date)* <u>Mon, Dec 07 2020</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 12/07/2020

*Server's signature*

Roger Burton 117.001609

*Printed name and title*

P.O. Box 24, Techny, Illinois 60062

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 7, 2020, 12:09 pm CST at 1020 Ridgewood Dr, Highland Park, IL 60035 received by Molly Sloat. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'6"; Hair: Brown;
Documents Served: Summons and Complaint; Memorandum of Law in Support of Motion For Preliminary Injunction; Emergency Motion to Set Hearing Date; Motion for Injunction; Motion for Leave and Rule 3.2.