**UNITED STATES DISTRICT COURT
Northern District of Illinois, Eastern Division**


*216472*

**AFFIDAVIT OF SERVICE**

Index no :**20-cv-07196**

**Mario Tricoci Hair Salons & Day Spas, LLC, dba Tricoci Salon & Spa, an Illinois Corporation**

       Plaintiff(s),

vs.

**Claudia Poccia and Molly Sloat**

       Defendant(s).

**STATE OF CONNECTICUT**
                    **ss: East Hartford**
**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **12/07/2020** at **3:20 PM**, I served the within **Summons in a Civil Case; Verified Complaint with Exhibits; Mario Tricoci Hair Salons & Day Spas, LLC's Memorandum of Law in Support of its Motion for Preliminary Injunction; Emergency Motion to Set Hearing Date for Preliminary Injunction and for Expedited Discovery and Forensic Inspection; Mario Tricoci Hair Salon & Day Spas, LLC's Motion for Preliminary Injunction Against Claudia Poccia and Molly Sloat; Mario Tricoci Hair Salon & Day Spas, LLC's Motion for Leave to File a Brief in Excess of Fifteen Pages; Notification of Affiliates** on **Claudia Poccia** at **128 Ocean Drive West, Stamford, CT 06902** in the manner indicated below:

INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 56 | 5'5" | 120 |
| Other Features: **Glasses** | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
December 08, 2020
by an affiant who is personally known to
me or produced identification.

*[signature]*
NOTARY PUBLIC
My Commission Expires: 03/31/2023

X *[signature]*
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023