**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Mario Tricoci Hair Salons & Day Spas, LLC, et. al. v. Claudia Poccia & Molly Sloat

Case Number: 20-cv-07196

An appearance is hereby filed by the undersigned as attorney for:
MOLLY SLOAT

Attorney name (type or print): Lindsay E. Dansdill

Firm: Nielsen, Zehe & Antas, P.C.

Street address: 55 W. Monroe Street, Suite 1800

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6289316
(See item 3 in instructions)

Telephone Number: 312-322-9900

Email Address: ldansdill@nzalaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No
Are you acting as local counsel in this case? ☐ Yes ✔ No
Are you a member of the court's trial bar? ✔ Yes ☐ No
If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/10/2020

Attorney signature: S/ Lindsay E. Dansdill
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015