IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARIO TRICOCI HAIR SALONS & DAY SPAS, LLC** d/b/a Tricoci Salon and Spa, an Illinois Corporation, | |
| Plaintiff, | Case No. 1:20-cv-07196 |
| v. | Hon. Matthew F. Kennelly |
| **CLAUDIA POCCIA and MOLLY SLOAT.** | Mag. Gabriel A. Fuentes |
| Defendants. | |

**DEFENDANT CLAUDIA POCCIA'S MOTION TO
FILE A BRIEF IN EXCESS OF 15 PAGES, INSTANTER**

Defendant Claudia Poccia ("Defendant" or "Ms. Poccia"), by and through her undersigned counsel, hereby moves this Court for leave to file her Memorandum in Support of Her Opposition to Plaintiff's Amended Motion for Preliminary Injunction in excess of 15 pages. In support of this Motion, Ms. Poccia states as follows:

1. Local Rule 7.1 and this Court's Standing Orders specify that briefs are limited to 15 pages, unless prior approval is sought from the Court.

2. Ms. Poccia respectfully seeks the Court's approval to file her forthcoming opposition memorandum in response to Plaintiff's Amended Motion for Preliminary Injunction with a page limitation up to and including 25 pages.

3. Plaintiff's Amended Memorandum of Law in Support of its Amended Motion for Preliminary Injunction is 25 pages in length. Dkt. No. 59.

4. Defendant has made every effort to adhere to the 15-page limit, but 10 additional pages are necessary for a full response.

5. Ms. Poccia submits this request in good faith and not for purposes of unnecessary or extraneous discussion of the relevant issues.

6. Ms. Poccia further prays that the Court grant her Motion *instanter* in light of the responsive pleading deadline of June 1, 2021.

Defendant Claudia Poccia therefore respectfully requests that this Court grant her Motion to File a Brief in Excess of 15 Pages, *instanter*.

Dated: May 27, 2021                                  Respectfully Submitted,

**CLAUDIA POCCIA**

*/s/ Colton Long*

James Witz
*jwitz@littler.com*
Colton Long
*clong@littler.com*
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
Telephone:    312.372.5520
Facsimile:     313.372.7880

**CERTIFICATE OF SERVICE**

Colton Long, an attorney hereby certifies that on May 27, 2021, he served a copy of the foregoing *Defendant Claudia Poccia's Motion to File a Brief in Excess of 15 Pages, Instanter* to the following via email to:

>Michael D. Karpeles
>karpelesm@gtlaw.com
>Laura Luisi
>luisil@gtlaw.com
>Greenberg Traurig, LLP
>77 W. Wacker Drive, Suite 3100
>Chicago, IL 60601
>
>Stephanie J. Quincy
>quincys@gtlaw.com
>Adrianna Gorton
>gortona@gtlaw.com
>Greenberg Traurig, LLP
>2375 E. Camelback Rd. Suite 700
>Phoenix, AZ 85016

>/s/ *Colton Long*

4844-1735-4988.4 / 111215-1002