IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO TRICOCI HAIR SALONS & DAY SPAS, LLC d/b/a Tricoci Salon and Spa, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDIA POCCIA and MOLLY SLOAT,<br><br>Defendants. | Case No. 20-cv-07196<br><br>Honorable Matthew F. Kennelly<br><br>Hon. Mag. Gabriel A. Fuentes |

**AGREED MOTION FOR ONE-DAY EXTENSION**

Plaintiff Mario Tricoci Hair Salons and Day Spas, LLC d/b/a Tricoci Salon and Spa ("**Tricoci**") by and through its attorneys, hereby moves this Court for entry of an agreed and mutual one-business day extension, from July 9, 2021 to July 12, 2021, to file the parties' preliminary injunction briefs, and in support thereof, respectfully state as follows:

1. The parties' preliminary injunction briefs are due on July 9, 2021. [Dkt. No. 125].

2. In light of the recent holiday and the need to review voluminous transcripts and other material in support of the parties' positions, the parties request an extension of one business day, to July 12, 2021, to file their briefs.

3. The parties do not request extension of the deadline to reply to opposing briefs by July 16, 2021. [Dkt. No. 125].

WHEREFORE, Defendant Mario Tricoci Hair Salons and Day Spas, LLC and Defendants Claudia Poccia and Molly Sloat respectfully request that the Court grant this Motion and allow a one business day extension to July 12, 2021 to file their supplemental preliminary injunction briefs.

1

| | |
|---|---|
| Dated: July 8, 2021 | Respectfully Submitted,<br><br>**MARIO TRICOCI HAIR SALONS AND DAY SPAS, LLC d/b/a TRICOCI SALON AND SPA**<br><br>By: ___/s/ Laura Luisi_____<br><br>**Michael D. Karpeles**<br>karpelesm@gtlaw.com<br>**Laura Luisi**<br>luisil@gtlaw.com<br>Greenberg Traurig, LLP<br>77 W. Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>Tel: (312) 456-8400<br>Firm I.D. No. 36511<br><br>**Stephanie J. Quincy**<br>quincys@gtlaw.com<br>Greenberg Traurig, LLP<br>2375 E. Camelback Rd. Suite 700<br>Phoenix, AZ 85016<br>Tel: (602) 445 – 8506<br><br>*Attorneys for Mario Tricoci Hair Salons and Day Spas, LLC d/b/a Tricoci Salon and Spa* |

## **CERTIFICATE OF SERVICE**

      I, Laura Luisi, certify that, on July 8, 2021, I served the foregoing **TRICOCI'S AGREED MOTION FOR EXTENSION** on all counsel of record via the Court's ECF system.

                                                    */s/ Laura Luisi*

                                                    One of Plaintiff's Attorneys