IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MARIO TRICOCI HAIR SALONS & DAY SPAS, LLC d/b/a Tricoci Salon and Spa, an Illinois corporation, | Case No. 20-cv-07196 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | Hon. Mag. Gabriel A. Fuentes |
| CLAUDIA POCCIA and MOLLY SLOAT, | |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant Molly Sloat, by her attorney, respectfully requests that this Court grant Attorney Lindsay Dansdill leave to withdraw her appearance as the attorney of record for Defendant Molly Sloat. In support of this motion, counsel states as follows:

1. Attorney Lindsay E. Dansdill filed her appearance in this matter on behalf of Defendant Molly Sloat on December 4, 2020 [Doc #2].

2. Counsel has diligently represented Ms. Sloat's interests since filing her appearance.

3. Due to financial hardship, Ms. Sloat has been unable to pay her legal fees incurred to date.

4. Continued representation of Sloat through trial would cause counsel and her firm to sustain undue financial hardship.

5. Defendant Sloat has been notified of counsel's intention to withdraw from this matter and does not oppose this motion.

6. Defendant Sloat is currently working to seek alternate counsel.

1

7. Counsel for Plaintiff Tricoci was notified of counsel's intention to withdraw but would not confirm or deny if she would oppose the motion.

8. As only discovery limited to Plaintiff's Motion for Preliminary Injunction has occurred and a trial date has not been set, no party will be prejudiced by counsel's withdraw.

**WHEREFORE,** Defendant Sloat respectfully requests that this Court grant Lindsay E. Dansdill leave to withdraw as the attorney of record in this case.

Dated: October 27, 2021

                                            Respectfully submitted,

                                            NIELSEN, ZEHE & ANTAS, P.C.

By: */s/ Lindsay E. Dansdill*
Lindsay E. Dansdill, ARDC #6289316
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
ldansdill@nzalaw.com
***Attorneys for Defendant, Molly Sloat***

## CERTIFICATE OF SERVICE

The undersigned attorney, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing document by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on October 27, 2021.

                                            */s/Lindsay E Dansdill*
                                            Lindsay E. Dansdill, Esq.